# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

Marilyn Kelly,
Chief Justice

136683(48)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JON ICHESCO and CITY OF YPSILANTI,
     Plaintiffs-Appellees,

v

DAVID KIRCHER,
     Defendant-Appellant,

and

JOHN C. RANKIN and VIDA L. RANKIN
     Defendants.

SC: 136683
COA: 272905
Washtenaw CC: 2001-000889-CH

_____/

On order of the Court, the motion for reconsideration of this Court's September 9, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

_____
Clerk

d0120